UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TJYMAS BLACKMORE,

        Plaintiff,

                                        File No. 1:02-CV-332

v.

                                        HON. ROBERT HOLMES BELL

KALAMAZOO COUNTY, et al.,

        Defendants.
                                       /

### ORDER AND PARTIAL JUDGMENT

       This matter came before the Court on Defendants' oral motion for judgment as a matter of law pursuant to FED. R. CIV. P. 50.  In accordance with the Court's oral opinion rendered in open court on April 13, 2005,

       **IT IS HEREBY ORDERED** that Defendants' Rule 50 motion is **GRANTED IN PART and DENIED IN PART**.  The motion is **GRANTED** with respect to Plaintiff's claims against Kalamazoo County and Sheriff Thomas N. Edmonds.  The motion is **DENIED** with respect to Plaintiff's claims against the individual corrections officers.

       **IT IS FURTHER ORDERED** that a **JUDGMENT** of no cause is entered in favor of Defendants Kalamazoo County and Sheriff Edmonds.


Date:    April 18, 2005                /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE