UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TJYMAS BLACKMORE,

        Plaintiff,

v.

W. MISNER, et al.,

        Defendants.
_____/

File No: 1:02-CV-332

HON. ROBERT HOLMES BELL

## **JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that a verdict be rendered in favor of the Plaintiff and against Defendant Jason Pardee in the amount of $50,000 pursuant to the Verdict Form completed by the Jury Foreperson.

IT IS FURTHER ORDERED that a Judgment of No Cause be entered as to Plaintiff's claims against Defendants Daniel Burke, John Charon, Donna DeNoon, Scott Erdos, Richard Fuller, Michael Gray, James Harrison, Deanna Johnson, Ward Lawrence, Art Lugar, Warren Misner, Jason Sloane, and James VanZile pursuant to the Verdict Form completed by the Jury Foreperson.

Date:  April 18, 2005            /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            CHIEF UNITED STATES DISTRICT JUDGE