UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TJYMAS BLACKMORE,

        Plaintiff,

                                       File No.  1:02-CV-332

v.

                                       HON. ROBERT HOLMES BELL

DEPUTY W. MISNER, et al.,

        Defendants.

                                             /

### **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiff Tjymas Blackmore's motion to amend judgment to include taxed costs and prejudgment interest.

In most civil cases in federal court interest is allowed on money judgments only from the date of the judgment.  28 U.S.C. § 1961(a).  In diversity cases, state law governs an award of prejudgment interest.  *See, e.g.*, *F.D.I.C. v. First Heights Bank, FSB*, 229 F.3d 528, 542 (6th Cir. 2000).  Prejudgment interest may also be allowed if is provided for by federal statute.  *See*, *e.g.*, *GenCorp, Inc. v. Olin Corp.*, 390 F.3d 433, 451 (6th Cir. 2004) (discussing the award of prejudgment interest under CERCLA).  Plaintiff has cited no authority in support of his request for prejudgment interest in this federal civil rights action.  His request for prejudgment interest will accordingly be denied.

The Court observes no need to amend the judgment to include costs because they have already been taxed by the clerk.  (Docket # 112).  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Tjymas Blackmore's motion to amend judgment (Docket # 113) is **DENIED**.


Date:     August 1, 2005             /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE